[No. 49177-6-I.  Division One.  July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES R. LIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07468-5, Joan E. DuBuque, J., entered July 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50273-5-I.  Division One.  July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE NERVIK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01387-1, LeRoy McCullough, J., entered March 25, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50321-9-I.  Division One.  July 28, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. PAUL ANTHONY ABRON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08935-4, Steven G. Scott, J., entered April 5, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Schindler, JJ.

[No. 50381-2-I.  Division One.  July 28, 2003.]

GLENHAVEN LAKES CLUB, *Respondent*, v. ALIDA CAMELIA JURCONI, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-01588-1, Steven J. Mura, J., entered April 12, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Baker, JJ.